1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11

12     SARA HAWES,                              Case No.  5:18-cv-01339-HRL

13                    Plaintiff,

                                              **REFERRAL FOR PURPOSE OF**
14             v.                              **DETERMINING RELATIONSHIP**

15     APPLE INC.,

16                    Defendant.

17

18             Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

19     Honorable Edward J. Davila for consideration of whether the case is related to 5:17-cv-07274 EJD

20     *Harvey v. Apple, Inc*.

21             SO ORDERED.

22     Dated:   March 1, 2018

23     _____

24     HOWARD R. LLOYD
       United States Magistrate Judge

25

26

27

28